UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GERALD STANLEY,

    Plaintiff,

v.

WARDEN CHAPPELL, et. al.,

    Defendants.

       No. C 13-1713 PJH (PR)

       **ORDER OF DISMISSAL**

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or properly applied for leave to proceed in forma pauperis ("IFP"). He was allowed thirty days to either pay the fee or file a proper application. More than thirty days has passed and plaintiff has not paid the fee or filed a new application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 14, 2013.

       PHYLLIS J. HAMILTON
       United States District Judge

G:\PRO-SE\PJH\CR.13\Stanley1713.dsm-ifp.wpd